No. 96–880. GILL v. NEW YORK STATE BOARD OF LAW EXAMINERS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–894. BARRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5136. DE LA MORA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5331. MORENO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–5400. BEAVERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5659. WYATT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5727. MCCOSKEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5971. CINDY R. ET AL. v. JAMES R. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–5976. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5980. FLATTEN v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6000. EZEOKE v. PRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6005. PEARSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6047. CANNADY v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 96–6061. ROSEBORO ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6075. LEREBOURS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.